UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOMINIQUE M. WRIGHT,

    Plaintiff,

v.                                        Case No. 3:22cv23459-LC-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On February 15, 2023, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered him to pay an initial partial filing fee of $43.00 by March 8, 2023. ECF Doc. 12. The February 15 Order warned Plaintiff that his failure to comply with it could result in a recommendation that this case be dismissed. That Order was mailed to Plaintiff at his address of record, the Palm Beach County Jail.

After the February 15 Order was returned as undeliverable, ECF Doc. 13, the Court entered an Order on March 13, 2023, which gave Plaintiff until March 27 to submit the initial partial filing fee, ECF Doc. 14. The March 13 Order warned Plaintiff that his failure to submit the fee would result in a recommendation that this case be dismissed, and it has not been returned as undeliverable. Nevertheless, Plaintiff has not paid the fee and the Court has not received any communications

from Plaintiff since February 13.  Based on the foregoing, dismissal of this case is appropriate.  *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2. That the clerk close the file.

At Pensacola, Florida, this 5th day of April, 2023.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1.